# Exhibit A

# United States Patent Office

914,978
Registered June 15, 1971

## PRINCIPAL REGISTER
## Trademark

Ser. No. 325,488, filed Apr. 24, 1969



Intel Corporation (California corporation)
365 Middlefield Road
Mountain View, Calif.   94040

For: INTEGRATED CIRCUITS, REGISTERS, AND SEMICONDUCTOR MEMORIES, in CLASS 21 (INT. CL. 9).

First use Mar. 11, 1969; in commerce Mar. 11, 1969.

C. R. FOWLER, Supervisory Examiner

E. W. BROWNE, Examiner

# Exhibit B

## PRINCIPAL REGISTER
## Trademark

Ser. No. 384,319, filed Feb. 19, 1971

## INTEL

Intel Corporation (California corporation)
365 Middlefield Road
Mountain View, Calif. 94040

For: EQUIPMENT FOR THE TESTING AND PRO-
GRAMMING OF INTEGRATED CIRCUITS, REGIS-
TERS AND SEMICONDUCTOR MEMORIES, in
CLASS 26 (INT. CL. 9).
First use Jan. 15, 1971; in commerce Jan. 15, 1971.

E. W. BROWNE, Examiner

# Exhibit C

# United States Patent Office

**939,641**
**Registered Aug. 1, 1972**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 384,320, filed Feb. 19, 1971

## INTEL

Intel Corporation (California corporation)
365 Middlefield Road
Mountain View, Calif. 94040

For: INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, in CLASS 21 (INT. CL. 9).

First use Mar. 11, 1969; in commerce Mar. 11, 1969.

E. W. BROWNE, Examiner

# Exhibit D

Int. Cl.: 9

Prior U.S. Cl.: 21, 26

**United States Patent Office**

Reg. No. 1,022,563
Registered Oct. 14, 1975

## TRADEMARK
### Principal Register

# INTEL

Intel Corporation (California corporation)
3065 Bowers Ave.
Santa Clara, Calif.   95051

For: MICROCOMPUTERS, MICROCONTROLLERS AND MICROPROCESSORS, in CLASS 9 (U.S. CLS. 21 and 26).

First use July 6, 1971; in commerce July 6, 1971.

Owner of Reg. Nos. 938,772, 997,021, and others.

Ser. No. 35,122, filed Oct. 21, 1974.

B. C. WASHINGTON, Examiner

# Exhibit E

**United States Patent and Trademark Office**

Reg. No. 1,723,243

Registered Oct. 13, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: METAL KEY RINGS, IN CLASS 6 (U.S.
CLS. 13 AND 25).
FIRST USE 10–16–1990; IN COMMERCE
10–16–1990.
FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 10–15–1990; IN COMMERCE
10–15–1990.
FOR: NOTE PAPER, NOTE CARDS, POST-
ERS, MICROPROCESSOR CHIP DIE PLOT
PRINTS AS ART PRINTS, PENCILS, BALL
POINT PENS, INK PENS AND STATIONERY
FOLDERS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 10–22–1990; IN COMMERCE
10–22–1990.

FOR: PLASTIC KEY CHAIN TAGS, IN
CLASS 20 (U.S. CLS. 13 AND 25).
FIRST USE 10–19–1990; IN COMMERCE
10–19–1990.
FOR: MUGS AND WATER BOTTLES SOLD
EMPTY, IN CLASS 21 (U.S. CLS. 2 AND 44).
FIRST USE 10–1–1990; IN COMMERCE
10–1–1990.
FOR: JIGSAW PUZZLES, GOLF BALLS,
GOLF TEES AND GOLF BALL MARKERS, IN
CLASS 28 (U.S. CL. 22).
FIRST USE 9–27–1990; IN COMMERCE
9–27–1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74–225,623, FILED 11–25–1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

# Exhibit F

Int. Cls.: 18, 24 and 25

Prior U.S. Cls.: 3, 39 and 42

## United States Patent and Trademark Office

Reg. No. 1,725,692
Registered Oct. 20, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: ALL PURPOSE SPORT BAGS, GYM
BAGS AND CARRY-ON BAGS, IN CLASS 18
(U.S. CL. 3).
FIRST USE 10–12–1990; IN COMMERCE
10–12–1990.
FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 10–27–1990; IN COMMERCE
10–27–1990.

FOR: CLOTHING; NAMELY, T-SHIRTS, COV-
ERALLS, SHIRTS AND CAPS, IN CLASS 25
(U.S. CL. 39).
FIRST USE 10–1–1990; IN COMMERCE
10–1–1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74–225,506, FILED 11–25–1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

# Exhibit G

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,171,778

# United States Patent and Trademark Office

Registered July 7, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER OPERATING PROGRAMS; COMPUTER SYSTEM EXTENSIONS, TOOLS AND UTILITIES IN THE FIELD OF APPLICATION SOFTWARE FOR CONNECTING PERSONAL COMPUTERS, NETWORKS, TELECOMMUNICATIONS APPARATUS AND GLOBAL COMPUTER NETWORK APPLICATIONS; AUDIO AND VIDEO GRAPHICS FOR REAL TIME INFORMATION AND IMAGE TRANSFER, TRANSMISSION, RECEPTION, PROCESSING AND DIGITIZING; COMPUTER FIRMWARE; COMPUTER HARDWARE; COMPUTER PERIPHERALS; INTEGRATED CIRCUITS; INTEGRATED CIRCUIT CHIPS; SEMICONDUCTOR PROCESSORS; SEMICONDUCTOR PROCESSOR CHIPS; MICROPROCESSORS; PRINTED CIRCUIT BOARDS; ELECTRONIC CIRCUIT BOARDS; COMPUTER MEMORY DEVICES; SEMICONDUCTOR MEMORY DEVICES; VIDEO CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC ACCELERATORS; MULTIMEDIA ACCELERATORS; VIDEO PROCESSORS; FAX/MODEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-6-1971; IN COMMERCE 7-6-1971.

OWNER OF U.S. REG. NOS. 938,772, 9,149,978, AND OTHERS.

SN 75-160,106, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# Exhibit H

Int. Cl.: **16**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, and 50**

**Reg. No. 2,194,121**

## United States Patent and Trademark Office

**Registered Oct. 6, 1998**

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA
ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

FIRST USE 3-0-1969; IN COMMERCE
3-0-1969.

OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75-160,105, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# Exhibit I

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

Reg. No. 2,251,962

United States Patent and Trademark Office

Registered June 8, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: CLOCKS, BELT BUCKLES, JEWELRY, CHARMS, CUFF LINKS, EARRINGS, KEY CHAINS, NECKLACES, BRACELETS, NECK-TIE FASTENERS, LAPEL PINS, MONEY CLIP, PENDANTS, PIGGY BANKS, TIE PINS, TRO-PHIES AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-0-1990; IN COMMERCE 10-19-1990.

SN 75-371,526, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# Exhibit J

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,251,961

## United States Patent and Trademark Office

Registered June 8, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOOKENDS, BOXES FOR PENS, CALENDARS, TABLETS, NOTE CARDS AND PLAYING CARDS, SELF-ADHESIVE PADS, DESK PADS, AND CALENDAR PADS, PENS, PENCILS, FOLDERS, PAPERWEIGHTS, PEN AND PENCIL HOLDERS, PHOTOGRAPH STANDS, RULERS, ERASERS, MARKERS, DESK SETS, DESK ORGANIZERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 10-0-1990; IN COMMERCE 10-0-1990.

SN 75-371,525, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# Exhibit K

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

Reg. No. 2,250,491

## United States Patent and Trademark Office

Registered June 1, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACK PACKS, BEACH BAGS, DUFFEL
BAGS, FANNY PACKS, UMBRELLAS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-0-1993; IN COMMERCE
10-0-1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,363, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# Exhibit L

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,254,525

## United States Patent and Trademark Office

Registered June 15, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATERS, SWEATSHIRTS,
SWEAT SUITS, COVERALLS, JACKETS, TIES,
HEADWEAR, CARDIGANS, GYM SUITS,
HATS, JOGGING SUITS, NECKTIES, POLO
SHIRTS, SCARVES, INFANT ROMPERS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-978,308, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# Exhibit M

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

Reg. No. 2,261,531

## United States Patent and Trademark Office

Registered July 13, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
TOYS, PLUSH TOYS, DOLLS, BEAN BAGS,
GAMES, NAMELY, BOARD GAMES, STAND
ALONE VIDEO GAMES, AND CHRISTMAS
TREE ORNAMENTS, IN CLASS 28 (U.S. CLS.
22, 23, 38 AND 50).

FIRST USE 9-0-1990; IN COMMERCE
9-0-1990.

SN 75-349,837, FILED 9-2-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# Exhibit N

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

**United States Patent and Trademark Office**

Reg. No. 2,276,580

Registered Sep. 7, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,362, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# Exhibit O

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,446,693
Registered Apr. 24, 2001

## TRADEMARK
## PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE; SOFTWARE FOR USE IN OPERATING AND MAINTAINING COMPUTER SYSTEMS; SEMICONDUCTORS; MICROPROCESSORS; INTEGRATED CIRCUITS; MICROCOMPUTERS; COMPUTER CHIPSETS; COMPUTER MOTHERBOARDS AND DAUGHTERBOARDS; COMPUTER GRAPHICS BOARDS; COMPUTER NETWORKING HARDWARE; COMPUTER NETWORK ADAPTORS, SWITCHES, ROUTERS AND HUBS; COMPUTER PERIPHERALS AND ELECTRONIC APPARATUS FOR USE WITH COMPUTERS; KEYBOARDS; TRACKBALLS; COMPUTER MOUSE DEVICES; COMPUTER INPUT DEVICES; COMPUTER MONITORS; VIDEO APPARATUS; VIDEO CIRCUIT BOARDS; APPARATUS AND EQUIPMENT FOR RECORDING, PROCESSING, RECEIVING, REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING AND/OR ENHANCING SOUND, VIDEO IMAGES, GRAPHICS, AND DATA; ALGORITHM SOFTWARE PROGRAMS FOR THE OPERATION AND CONTROL OF COMPUTERS; COMPUTER COMPONENT TESTING AND CALIBRATING ELECTRONIC UNITS; SET-TOP BOXES, NAMELY, ELECTRONIC CONTROL BOXES FOR THE INTERFACE AND CONTROL OF COMPUTER AND GLOBAL COMPUTER NETWORKS WITH TELEVISION AND CABLE BROADCAST EQUIPMENT, TELECONFERENCING EQUIPMENT, AND VIDEO CONFERENCING EQUIPMENT, COMPUTER PROGRAMS FOR NETWORK MANAGEMENT; COMPUTER UTILITY PROGRAMS; COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER PROGRAMS FOR RECORDING, PROCESSING, RECEIVING REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING, AND/OR ENHANCING SOUND, VIDEO, IMAGES, GRAPHICS, AND DATA; COMPUTER PROGRAMS FOR WEB PAGE DESIGN; COMPUTER PROGRAMS FOR ACCESSING AND USING THE GLOBAL COMPUTER NETWORK; TELECOMMUNICATIONS APPARATUS AND INSTRUMENTS; APPARATUS AND EQUIPMENT FOR USE IN VIDEO-CONFERENCING, TELECONFERENCING, DOCUMENT EXCHANGE AND EDITING; CAMERAS AND DIGITAL CAMERAS FOR USE WITH COMPUTERS; HEADSETS FOR USE WITH COMPUTERS, COMPUTER SOFTWARE, TELECONFERENCING EQUIPMENT AND VIDEO CONFERENCING EQUIPMENT; PARTS, FITTINGS, AND TESTING APPARATUS FOR ALL THE AFORESAID GOODS; AND USER MANUALS FOR USE WITH, AND SOLD AS A UNIT WITH, ALL THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-1971; IN COMMERCE 7-0-1971.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563, AND OTHERS.

SN 75-412,493, FILED 12-3 1-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

# Exhibit P

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY, DIGITAL CAMERAS AND PC CAMERAS; COMPUTER HARDWARE FOR USE IN IMAGING AND PHOTOGRAPHIC APPLICATIONS; COMPUTER SOFTWARE FOR USE IN IMAGING AND PHOTOGRAPHIC APPLICATIONS, NAMELY, ORGANIZING AND MANIPULATING IMAGES AND CAPTURING, RETRIEVING, STORING AND MAILING IMAGES VIA INTERCONNECTED COMPUTER NETWORKS; PHOTO DISCS, NAMELY, CD ROMS FOR USE IN STORING PHOTOGRAPHIC IMAGES; CD ROMS FOR IMAGING AND PHOTOGRAPHIC APPLICATIONS, NAMELY, ORGANIZING AND MANIPULATING IMAGES AND CAPTURING, RETRIEVING, STORING AND MAILING IMAGES VIA INTERCONNECTED COMPUTER NETWORKS; IMAGING SENSORS; INTERACTIVE MULTIMEDIA COMPUTER GAME PROGRAMS; INTERACTIVE VIDEO GAME PROGRAMS; INTERACTIVE VIDEO GAMES OF VIRTUAL REALITY COMPRISED OF COMPUTER HARDWARE AND SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-1991; IN COMMERCE 12-1-1991.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778, AND OTHERS.

SN 75-607,823, FILED 12-18-1998.

BRETT J. GOLDEN, EXAMINING ATTORNEY

# Exhibit Q

Int. Cls.: 37, 41, and 42

Prior U.S. Cls.: 100, 101, 103, 106, and 107

United States Patent and Trademark Office

Reg. No. 2,585,551
Registered June 25, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER HARDWARE INSTALLATION AND REPAIR SERVICES; MAINTENANCE OF HARDWARE FOR LOCAL AND WIDE AREA COMPUTER NETWORKS; MAINTENANCE OF HARDWARE FOR INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; MAINTENANCE FOR HARDWARE FOR RECEIPT, DISPLAY AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS; MAINTENANCE OF HARDWARE FOR INTERACTIVE AND NON-INTERACTIVE WEB PAGES FOR THE GLOBAL COMPUTER NETWORK FOR OTHERS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

FOR: EDUCATION AND ENTERTAINMENT SERVICES, NAMELY, ARRANGING AND CONDUCTING EDUCATIONAL CONFERENCES AND SEMINARS IN THE FIELDS OF COMPUTERS, TELECOMMUNICATIONS, AND COMPUTER NETWORKING, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH; DEVELOPMENT, PUBLISHING AND DISSEMINATION OF EDUCATIONAL MATERIALS IN THE FIELDS OF COMPUTERS, TELECOMMUNICATIONS AND COMPUTER NETWORKING FOR OTHERS; INTERACTIVE AND NON-INTERACTIVE COMPUTER EDUCATION TRAINING SERVICES; PROVIDING INFORMATION VIA GLOBAL COMPUTER NETWORK IN THE FIELDS OF EDUCATION AND ENTERTAINMENT; PROVISION OF INTERACTIVE AND NON-INTERACTIVE ELECTRONIC INFORMATION SERVICES IN THE FIELDS OF EDUCATION AND ENTERTAINMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-0-1997; IN COMMERCE 7-0-1997.

FOR: COMPUTER SERVICES, NAMELY, COMPUTER DIAGNOSTIC SERVICES; MAINTENANCE AND UPDATING OF COMPUTER SOFTWARE; PROVIDING OTHERS WITH ACCESS TO INTERACTIVE AND NON-INTERACTIVE BROADCAST VIDEO, AUDIO AND DIGITAL DATA SIGNALS; PROVISION OF INTERACTIVE AND NON-INTERACTIVE ELECTRONIC INFORMATION SERVICES ON A WIDE VARIETY OF TOPICS; DEVELOPMENT OF LOCAL AND WIDE AREA COMPUTER NETWORKS FOR OTHERS; DEVELOPMENT OF AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS FOR OTHERS; DEVELOPMENT OF COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS FOR OTHERS; LEASING ACCESS TIME TO COMPUTER DATA BASES IN THE NATURE OF COMPUTER BULLETIN BOARDS IN A WIDE VARIETY OF FIELDS; COMPUTER WEB SITE DESIGN SERVICES; COMPUTER SOFTWARE DESIGN FOR OTHERS; DEVELOPMENT OF INTERACTIVE AND NON-INTERACTIVE WEB PAGES FOR THE GLOBAL COMPUTER NETWORK FOR OTHERS; COMPUTER PROGRAMMING SERVICES; PROVIDING ON-LINE NEWSPAPERS, MAGAZINES, INSTRUCTIONAL MANUALS IN THE FIELDS OF TECHNOLOGY, ENTERTAINMENT, EDUCATION AND BUSINESS; DEVELOPMENT, MAINTENANCE, AND PROVISION OF INTERACTIVE AND NON-INTERACTIVE ELECTRONIC BULLETIN BOARDS SERVICES IN THE FIELDS OF ENTERTAINMENT AND EDUCATION, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-28-1999; IN COMMERCE 9-28-1999.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563, AND OTHERS.

SN 75-163,576, FILED 9-10-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# Exhibit R

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,742,174

# United States Patent and Trademark Office

Registered July 29, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER-RELATED AND COMMUNI-
CATIONS-RELATED SERVICES, NAMELY, IN-
STALLATION, REPAIR, MAINTENANCE,
SUPPORT AND CONSULTING SERVICES FOR
COMPUTER-RELATED AND COMMUNICA-
TIONS-RELATED GOODS; PROVIDING INFORMA-
TION IN THE FIELD OF COMPUTER
TECHNOLOGY VIA THE GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE PUBLICA-
TIONS, NAMELY, BOOKS, BROCHURES, WHITE
PAPERS, CATALOGS AND PAMPHLETS IN THE
FIELDS OF COMPUTER AND INFORMATION

TECHNOLOGY; DESIGNING AND DEVELOPING
STANDARDS FOR OTHERS IN THE DESIGN AND
IMPLEMENTATION OF COMPUTER SOFTWARE,
COMPUTER HARDWARE AND TELECOMMUNI-
CATIONS EQUIPMENT, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 11-0-1996; IN COMMERCE 11-0-1996.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,490, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

# Exhibit S

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

United States Patent and Trademark Office

Reg. No. 3,029,954
Registered Dec. 13, 2005

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: SEMICONDUCTOR AND MICROPROCES-
SOR CARTRIDGES; INTERNET AND WEB SER-
VERS; INTERNET AND WEB CACHING SERVERS;
WIRELESS AND REMOTE COMPUTER PERIPHER-
ALS; COMPUTER HARDWARE AND SOFTWARE
FOR ENABLING WEB PORTALS; COMPUTER
HARDWARE AND SOFTWARE FOR DIGITAL EN-
CRYPTION, IDENTIFICATION AND CERTIFICA-
TION; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE REMOTE ENCRYPTED NETWORK-
ING; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE SECURE DATA TRANSMISSION VIA
NETWORKS, THE INTERNET AND WORLD WIDE
WEB, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-1997; IN COMMERCE 5-31-1997.

FOR: COMPUTER CONSULTATION SERVICES,
NAMELY, WEB DESIGN AND DEVELOPMENT
SERVICES; INTERNET AND WEB DATA SERVICES,
NAMELY DIGITAL IDENTIFICATION AND CER-
TIFICATION SERVICES; APPLICATION SERVICE
PROVIDER SERVICES, NAMELY HOSTING COM-
PUTER SOFTWARE APPLICATIONS OF OTHERS,
IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-975,693, FILED 4-3-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

# Exhibit T

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

United States Patent and Trademark Office

Reg. No. 3,136,102
Registered Aug. 29, 2006

## SERVICE MARK
## PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATION SERVICES,
NAMELY, ELECTRONIC AND DIGITAL TRANS-
MISSION OF DATA, DOCUMENTS, AUDIO AND
VIDEO VIA COMPUTER TERMINALS, IN CLASS 38
(U.S. CLS. 100, 101 AND 104).

FIRST USE 3-31-2003; IN COMMERCE 3-31-2003.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-016,892, FILED 4-3-2000.

COLLEEN DOMBROW, EXAMINING ATTORNEY

# Exhibit U

## SERVICE MARK
## PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)

2200 MISSION COLLEGE BOULEVARD

SANTA CLARA, CA 95052

FOR: TELECOMMUNICATIONS CONSULTING
SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-0-2001; IN COMMERCE 4-0-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978 AND 3,019,987.

SER. NO. 78-633,311, FILED 5-19-2005.

JOHN GARTNER, EXAMINING ATTORNEY

# Exhibit V

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74-159,673, FILED 4-22-1991.

GLENN CLARK, EXAMINING ATTORNEY

# Exhibit W

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,179,209

United States Patent and Trademark Office

Registered Aug. 4, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119 INTEL CORPORATION (DELAWARE CORPORATION)

2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER OPERATING PROGRAMS; COMPUTER SYSTEM EXTENSIONS, TOOLS AND UTILITIES IN THE FIELD OF APPLICATION SOFTWARE FOR CONNECTING PERSONAL COMPUTERS, NETWORKS, TELECOMMUNICATIONS APPARATUS AND GLOBAL COMPUTER NETWORK APPLICATIONS; AUDIO AND VIDEO GRAPHICS FOR REAL TIME INFORMATION AND IMAGE TRANSFER, TRANSMISSION, RECEPTION, PROCESSING AND DIGITIZING; COMPUTER FIRMWARE; COMPUTER HARDWARE; COMPUTER PERIPHERALS; INTEGRATED CIRCUITS; INTEGRATED CIRCUIT CHIPS; SEMICONDUCTOR PROCESSORS; SEMICONDUCTOR PROCESSOR CHIPS; MICROPROCESSORS; PRINTED CIRCUIT BOARDS; ELECTRONIC CIRCUIT BOARDS; COMPUTER MEMORY DEVICES; SEMICONDUCTOR MEMORY DEVICES; VIDEO CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC ACCELERATORS; MULTIMEDIA ACCELERATORS; VIDEO PROCESSORS; FAX/MODEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND 1,705,796.

SN 75-160,103, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# Exhibit X

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL XSCALE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: MICROPROCESSORS, INTEGRATED CIR-
CUITS, AND SEMICONDUCTORS; DATA PROCES-
SING EQUIPMENT, NAMELY, COMPUTERS,
COMPUTER MONITORS, KEYBOARDS, COMPU-
TER MICE, AND MODEMS; HANDHELD COMPU-
TERS; MICROCOMPUTERS; PERSONAL DIGITAL
ASSISTANTS; CELLULAR TELEPHONES; PORTA-
BLE AND HANDHELD PERSONAL ORGANIZERS;
COMPUTER HARDWARE; COMPUTER SOFT-
WARE, NAMELY, COMPUTER UTILITY PRO-
GRAMS, COMPUTER PROGRAMS FOR
NETWORK MANAGEMENT, COMPUTER SOFT-
WARE FOR ACCESSING A GLOBAL COMPUTER
NETWORK AND INTERCONNECTED COMPUTER
NETWORKS; COMPUTER OPERATING SYSTEMS;
COMPUTER PERIPHERALS; WIRELESS AND RE-
MOTE COMPUTER PERIPHERALS; WEB APPLIAN-

CES, NAMELY, SET-TOP BOXES, COMPUTER
SERVERS, TELECOMMUNICATIONS SERVERS,
DATA AND TELECOMMUNICATIONS SIGNAL
TRANSMISSION INTERFACE DEVICES FOR AC-
CESSING A GLOBAL COMPUTER AND FOR COM-
MUNICATIONS NETWORK, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 8-23-2000; IN COMMERCE 9-27-2000.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30009966.5,
FILED 2-10-2000, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-106,896, FILED 8-9-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

# Exhibit Y

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL NETBURST

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
INTEGRATED CIRCUITS; MICROPROCESSORS;
SEMICONDUCTORS; COMPUTER PERIPHERALS;
WEB APPLIANCES, NAMELY, PERSONAL DIGI-
TAL ASSISTANTS, WEB-TABLETS, WEBPADS, AND

COMPUTER PERIPHERALS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 11-11-2000; IN COMMERCE 11-11-2000.

SN 76-068,772, FILED 6-13-2000.

SUSAN STIGLITZ, EXAMINING ATTORNEY

# Exhibit Z

## TRADEMARK
## PRINCIPAL REGISTER

# INTEL CORE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: DATA PROCESSORS; COMPUTERS; SEMI-
CONDUCTORS; MICROPROCESSORS; SEMICON-
DUCTOR DEVICES; INTEGRATED CIRCUITS;
COMPUTER CHIPSETS; COMPUTER MOTHER-
BOARDS AND DAUGHTERBOARDS; COMPUTER
SOFTWARE, NAMELY, COMPUTER OPERATING
SYSTEMS, COMPUTER UTILITY SOFTWARE AND
OTHER COMPUTER SOFTWARE USED TO MAIN-
TAIN AND OPERATE A COMPUTER SYSTEM;
PROGRAMMABLE DATA PROCESSORS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-2005; IN COMMERCE 11-0-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978, 3,019,987,
AND OTHERS.

SN 78-714,166, FILED 9-15-2005.

JOHN GARTNER, EXAMINING ATTORNEY

# Exhibit AA

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,532,588
Registered Nov. 11, 2008

## TRADEMARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; DESKTOP COMPUTERS;
LAPTOP COMPUTERS; NOTEBOOK COMPUTERS;
SEMICONDUCTORS; MICROPROCESSORS; INTE-
GRATED CIRCUITS; COMPUTER CHIPSETS; COM-
PUTER HARDWARE AND SOFTWARE FOR
COMPUTER NETWORKING AND TELECOMMU-
NICATIONS NETWORKING; COMPUTER HARD-
WARE AND SOFTWARE FOR PROVIDING AND
ENHANCING THE OVERALL MANAGEMENT OF
COMPUTER APPLICATIONS AND OPERATING
SYSTEMS AS WELL AS THE DIAGNOSIS, MAIN-
TENANCE, ALLOCATION OF COMPUTER RE-
SOURCES, INVENTORY AND UPGRADE OF
COMPUTER HARDWARE, COMPUTER SOFT-
WARE AND COMPUTER NETWORKS; COMPUTER
HARDWARE AND SOFTWARE FOR PROVIDING
AND ENHANCING CONNECTIVITY BETWEEN
COMPUTERS, COMPUTER NETWORKS, AND TEL-
ECOMMUNICATIONS NETWORKS; COMPUTER
HARDWARE AND SOFTWARE FOR PROVIDING
AND ENHANCING THE SHARING, TRANSFER

AND PRESENTATION OF AUDIO, VIDEO AND
DATA; COMPUTER HARDWARE AND SOFTWARE
FOR MONITORING, REPAIRING AND UPGRAD-
ING COMPUTERS, COMPUTER NETWORKS AND
COMPUTER SOFTWARE; COMPUTER HARD-
WARE AND SOFTWARE FOR PROVIDING AND
ENHANCING DATA PROTECTION, DATA BACK-
UP, DATA RESTORATION AND SECURITY OF
COMPUTERS, COMPUTER NETWORKS AND
COMPUTER SOFTWARE; COMPUTER HARD-
WARE AND SOFTWARE FOR ENABLING AUTO-
MATIC TRANSITIONING BETWEEN LEVELS OF
VOLTAGE AND FREQUENCY PERFORMANCE OF
A COMPUTER PROCESSOR AND COMPUTER SYS-
TEM, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-24-2006; IN COMMERCE 4-24-2006.

OWNER OF U.S. REG. NOS. 939,641, 2,446,693,
AND OTHERS.

SN 78-867,552, FILED 4-23-2006.

DAVID MURRAY, EXAMINING ATTORNEY

# Exhibit BB

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 3,580,552
Registered Feb. 24, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL VPRO

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; DESKTOP COMPUTERS;
LAPTOP COMPUTERS; NOTEBOOK COMPUTERS;
SEMICONDUCTORS; MICROPROCESSORS; INTE-
GRATED CIRCUITS; COMPUTER CHIPSETS; COM-
PUTER HARDWARE AND SOFTWARE FOR
COMPUTER NETWORKING AND TELECOMMU-
NICATIONS NETWORKING; COMPUTER HARD-
WARE AND SOFTWARE FOR PROVIDING AND
ENHANCING THE OVERALL MANAGEMENT OF
COMPUTER APPLICATIONS AND OPERATING
SYSTEMS AS WELL AS THE DIAGNOSIS, MAIN-
TENANCE, ALLOCATION OF COMPUTER RE-
SOURCES, INVENTORY AND UPGRADE OF
COMPUTER HARDWARE, COMPUTER SOFT-
WARE AND COMPUTER NETWORKS; COMPUTER
HARDWARE AND SOFTWARE FOR PROVIDING
AND ENHANCING CONNECTIVITY BETWEEN
COMPUTERS, COMPUTER NETWORKS, AND TEL-
ECOMMUNICATIONS NETWORKS; COMPUTER
HARDWARE AND SOFTWARE FOR PROVIDING
AND ENHANCING THE SHARING, TRANSFER
AND PRESENTATION OF AUDIO, VIDEO AND
DATA; COMPUTER HARDWARE AND SOFTWARE
FOR MONITORING, REPAIRING AND UPGRAD-
ING COMPUTERS, COMPUTER NETWORKS AND
COMPUTER SOFTWARE; COMPUTER HARD-
WARE AND SOFTWARE FOR PROVIDING AND
ENHANCING DATA PROTECTION, DATA BACK-
UP, DATA RESTORATION AND SECURITY OF
COMPUTERS, COMPUTER NETWORKS AND

COMPUTER SOFTWARE; COMPUTER HARD-
WARE AND SOFTWARE FOR ENABLING AUTO-
MATIC TRANSITIONING BETWEEN LEVELS OF
VOLTAGE AND FREQUENCY PERFORMANCE OF
A COMPUTER PROCESSOR AND COMPUTER SYS-
TEM; ALL OF THE AFOREMENTIONED SOFT-
WARE EXCLUDING DATA ACQUISITION
SOFTWARE SPECIFICALLY RELATED TO INDUS-
TRIAL, MANUFACTURING, SCIENTIFIC AND
OTHER APPLICATIONS WHERE PHYSICAL MEA-
SUREMENTS SUCH AS TEMPERATURE, WEIGHT,
LEVEL, VELOCITY, VOLTAGE, CURRENT AND
FREQUENCY ARE CONVERTED TO AN ELECTRI-
CAL SIGNAL, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 4-24-2006; IN COMMERCE 4-24-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30603769.6,
FILED 1-18-2006, REG. NO. 30603769, DATED 1-19-
2006, EXPIRES 1-31-2016.

OWNER OF U.S. REG. NOS. 939,641, 2,171,778,
AND 2,446,693.

SER. NO. 78-867,548, FILED 4-23-2006.

DAVID MURRAY, EXAMINING ATTORNEY

# Exhibit CC

# INTEL ATOM

**Reg. No. 3,928,879**
INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
**Registered Mar. 8, 2011** SANTA CLARA, CA 95052

**Int. Cl.: 9**
FOR: COMPUTERS; COMPUTER HARDWARE; SEMICONDUCTORS; MICROPROCESSORS; INTEGRATED CIRCUITS; COMPUTER MOTHERBOARDS; SOFTWARE PROGRAMMABLE MICROPROCESSORS; NOTEBOOK AND LAPTOP COMPUTERS; PORTABLE COMPUTERS;

**TRADEMARK**
HANDHELD COMPUTERS; WIRELESS DEVICES USED FOR INTERNET CONNECTIVITY FEATURING DATA AND IMAGE TRANSMISSION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36

**PRINCIPAL REGISTER**
AND 38).

FIRST USE 3-0-2008; IN COMMERCE 3-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 30774767.0/0, FILED 11-16-2007, REG. NO. 30774767, DATED 1-31-2008, EXPIRES 11-30-2017.

SN 77-406,712, FILED 2-26-2008.

WENDY GOODMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office